Case 1:21-cv-04894-KAM-MMH Document 1 Filed 08/20/21 Page 1 of 9 PageID #: 1

CV 21-4894

MATSUMOTO, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 23 2021 ★
BROOKLYN OFFICE

United States
of America
   Plaintiff,
-vs-

Michael Taylor
   Defendant,

DOCKET NO.
93-CR-00671

RECEIVED
AUG 23 2021
MOTION OFFICE

PLEASE TAKE NOTICE that upon the annexed affidavit, the defendant will move before the U.S. District Court for the Eastern District of New York, which is located at 225 Cadman Plaza East, Brooklyn NY, 11201, for an order pursuant to Fed. R. Civ. Proc. 60(b)(6) to have access to the courts on the grounds that the defendant is not conferred with such constitutional right.

-1-

3. But access to the law library is strictly by appointment only, and access to the law library is limited to only one hour per week;

4. The defendant made efforts to exhaust the defendant's remedies with regards to insufficient access to the law library (exhibit A), but the defendant's efforts proved fruitless;

5. The U.S. District Court for the Eastern District of New York issued an order against the federal Bureau of Prisons to allow the defendant greater access to the law library within the former pending criminal action (Indictment No. 02-CR-00097);

-2-

6. Therefore, the doctrine of judicial estoppel precludes the U.S. District Court from assuming a contrary position with respect to the issuance of court orders to allow greater access to the law library.

## VERIFICATION

Pursuant to Title 28 U.S.C. Section 1746, I hereby certify that the foregoing statement are true and correct. Executed on August 6th, 2021.

Michael Taylor

-3-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States
of America
    Plaintiff,

-vs-

Michael Taylor
    Defendant,

Docket No.
93-CR-00671

RECEIVED AUG 23 2021 PRO SE OFFICE

Notice of Appeal

Notice is hereby given that Michael Taylor, the defendant in the above-titled action, hereby appeals to the U.S. Court of Appeals for the Second Circuit from a determination that has not yet been finalized.

                      *Michael Taylor*
                      Michael Taylor #611670
                      South Woods State Prison
                      215 Burlington Road South
                      Bridgeton NJ 08302

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

United States
of America
    Plaintiff,
  -vs-

Michael Taylor
    Defendant,

Docket No.
93-CR-00621

Certificate of Service

I hereby certify that I have served a copy of a notice of motion upon the U.S. Attorney's office by ordinary mail to the address listed as follows: 271 Cadman Plaza East, Brooklyn NY, 11201.

## VERIFICATION

Pursuant to Title 28 U.S.C. Section 1746, I hereby certify that the foregoing statements are true and correct. Executed on August 6th, 2021.

*Michael Taylor*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br>Plaintiff,<br>-vs-<br>Michael Taylor<br>Defendant, | Docket No.<br>93-CR-00671<br><br>RECEIVED<br>AUG 23 2021<br>PRO SE OFFICE<br><br>Support of Motion |

I, Michael Taylor, being of full age, hereby says:

1. Within the near future, the defendant intends to renew the motion to file a late notice of appeal based upon new facts not raised within the prior motion;

2. In order to renew such motion, the defendant must conduct effective legal research within the law library;

- 1 -

TO: U.S. Attorney's office
271 Cadman Plaza East
Brooklyn NY 11201

August 6th, 2021                    Michael Jeryla
Date                                Defendant pro se

-2-

**SOUTH WOODS STATE PRISON**
**BRIDGETON, NJ  08302**

TO: Michael Taylor  611670 / 479281C
    32-L

DT: December 4, 2015

FR: Luz Torres
    Executive Assistant
    South Woods State Prison

RE: <u>Letter to the Governor's Offices – 10/29/2015</u>

On December 4, 2015 at your interview with this writer, you identify five (5) issues:

1. **Do not want to get pre-approval for typewriter ribbons.**
   *Per Internal Management Procedure #18.025, effective March 1999*; prior to ordering any materials (including but not limited to, Word Processors/typewriters, college correspondences, etc.) inmates must complete a Package Request Form. The item can be ordered only after receiving approval by the Package Committee. Any package that is received by the Mailroom and does not have an approval will be rejected.

2. **Refund of all payments of court-imposed fines.**
   *Per 2C:46-4. Fines, assessments and restitution; collection; disposition.* All fines, or restitution imposed by the Superior Court in conjunction with a custodial sentence to a State correctional facility shall be collected by the Department of Corrections.
   As per our conversation you are aware of this regulation, and in addition, you have been paying fines since 12/2008. You have paid a total of $1,485.01 and your balance due is $199.99.

3. **Send out legal mail, certified receipt requested, without paying the certified mail fees.**
   In your letter you stated that you are. Indigent, however our records do not confirm that you are indigent. Your legal mail has been addressed by *10A; 18-3.7 Cost of mailing legal correspondence for nonindigent inmate.* If you have the funds in your account, you are charged for the total cost of mailing legal correspondence. If you do not have the money in your account, your mail will be sent out, and your account will be charged. Not having money in your account will not prevent you from sending legal mail.

4. **Attend the law library for five-days per week.**
   Currently, you are scheduled to attend the law library Mondays and Tuesdays for the month of December. *Per IMP #06.001 Legal Access Plan.* The use the of Law Library services are " Based on the availability of space, supervisory staff and the  security needs of the correctional facility". *Per our conversation*, you have not presented any valid reason, such as <u>court dates and deadlines,</u> to have extra time in the Law Library.

Michael Taylor #616710
South Woods State Prison
215 Burlington Road South
Bridgeton NJ 08302

U.S. District Court
225 Cadman Plaza (East)
Brooklyn NY 11201
Attn; Clerk of the Court